NANNA S. BASSETT *vs.* JOSEPH LOEWENSTEIN *et al.*

PROVIDENCE—MAY 24, 1901.

PRESENT: Stiness, C. J., Tillinghast and Rogers, JJ.

(1) *New Trial. Accident and Mistake. Appeal. Pleading and Practice.*

Gen. Laws cap. 251, § 2, relates simply to a mistake, having no reference to a neglect to prosecute an appeal according to law.

PETITION FOR REARGUMENT of the case decided in 23 R. I. 24. See also former opinion in 22 R. I. 468.

(1)   PER CURIAM. *Ball* v. *Ball*, 21 R. I. 90, was a probate appeal in which it was held that under that part of Gen. Laws cap. 251, § 3, relating to "cases decided by any probate court or town council, wherein the party shall have neglected to prosecute his appeal according to law," thereby necessarily implying a mistake in procedure, a new trial could be granted. This case is not a probate appeal, and therefore that decision is not applicable. Gen. Laws cap. 251, § 2, relates simply to a mistake, having no reference to a neglect to prosecute an appeal according to law:

The petition for a reargument is denied.

*George T. Brown*, for plaintiff.

*Wilson & Jenckes and William J. Brown*, for defendant.